# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Damiana Barboza-Lozano,

    Petitioner,

v.

USA,

    Respondent.

No. CV-18-04075-PHX-JJT (DMF)
CR-16-00942-02-PHX-JJT

**ORDER**

Movant Damiana Barboza-Lozano filed a Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. 2255 (Doc. 1) in her criminal matter, 16-CR-00942-02-PHX-JJT. At issue is the Report and Recommendation ("R&R") (Doc. 18) submitted in this matter by United States Magistrate Judge Deborah M. Fine recommending that the Court dismiss that 2255 Motion with prejudice. In the R&R, Judge Fine clearly advised Movant that she had fourteen days to file any objections to the R&R, and if she failed to do so, she would waive her right to *de novo* appellate consideration of the issue pursuant to *United States v. Reyna-Tapia*, 328 F.3d 1114., 1121, (9th Cir. 2003), and her right to appellate review of this Court's findings of fact and conclusions of law in an order or judgment entered pursuant to the R&R. (Doc. 18 at 8.) The time for objection has now long passed and Movant filed none. The Court is thus entitled to adopt the R&R and the findings and conclusions therein. It nonetheless independently reviewed the matter. Upon that review, the Court concludes that Judge Fine's recommendations and the factual and legal bases for it are sound.

The Motion is untimely under AEDPA. As Judge Fine noted, the Court sentenced Movant in the underlying criminal matter on August 25, 2017. She did not appeal and the judgment therefore became final fourteen days later on September 8, 2017. AEDPA's one-year limitation period began to run on that day and expired September 8, 2018. Movant filed November 1, 2018, which is nearly two months untimely. She stated no grounds in her Motion for statutory or equitable tolling and does not argue actual innocence for purposes of *Schlupp* gateway consideration. Finally, *Lee v. United States,* __ U.S. __, 137 S. Ct. 1958 (2017) provides her no relief as set forth by Judge Fine.

IT IS ORDERED adopting in while Judge Fine's R&R. (Doc. 18.)

IT IS FURTHER ORDERED dismissing with prejudice, as untimely without excuse or exception, the instant Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. 2255. (Doc. 1.)

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly and close this matter,

IT IS FURTHER ORDERED denying a certificate of appealability. Dismissal of the Motion is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

Dated this 6th day of January, 2020.

*[signature]*

Honorable John J. Tuchi
United States District Judge